TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00493-CR

The State of Texas, Appellant

v.

Michael Alewine, Appellee

FROM THE COUNTY COURT AT LAW OF TOM GREEN COUNTY

NO. 00-01143, HONORABLE DAVID B. READ, JUDGE PRESIDING

PER CURIAM

The State's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Justices Jones, Kidd and Yeakel

Dismissed on State's Motion

Filed: October 5, 2000

Do Not Publish